# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 18, 2025

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-1655
>
> Caption:
> NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,
>
>     Plaintiffs - Appellants
>
> v.
>
> MARIO TRETO, JR.,
>
>     Defendant - Appellee
>
> District Court No: 3:16-cv-50310
> Clerk/Agency Rep Thomas G. Bruton
> District Judge Iain D. Johnston
>
> Date NOA filed in District Court: 04/17/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)