# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 21, 2025
*By the Court:*

Nos. 25-1603 & 25-1659

| | |
|---|---|
| RONALD L. SCHROEDER, et al.,<br>　　Plaintiffs - Appellants,<br>　　Cross - Appellees,<br>　　　v.<br><br>MARIO TRETO, JR.,<br>　　Defendant - Appellee<br>　　Cross - Appellant. | Appeals from the United<br>States District Court for<br>the Northern District of Illinois,<br>Western Division.<br><br>No. 1:17-cv-04663<br><br>Iain D. Johnston,<br>　　*Judge.* |

---

Nos. 25-1655 & 25-1657

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY<br>AND LIFE ADVOCATES, et al.,<br>　　Plaintiffs - Appellants,<br>　　Cross - Appellees<br>　　　v.<br><br>MARIO TRETO, JR.,<br>　　Defendant - Appellee<br>　　Cross - Appellant. | Appeals from the United<br>States District Court for<br>the Northern District of Illinois,<br>Western Division.<br><br>No. 3:16-cv-50310<br><br>Iain D. Johnston,<br>　　*Judge.* |

-over-

Nos. 25-1603, 25-1655, 25-1657 & 25-1659                                    Page 2

The court, on its own The court on its ownmotion, orders these appeals are CONSOLIDATED for purposes of briefing and disposition. The briefing schedule is as follows:

1. Plaintiffs shall file their consolidated opening brief and required short appendix in the main appeals docketed as Nos. 25-1603 & 25-1655 on or before May 28, 2025.

2. Defendant shall file his combined responsive brief in the main appeals and opening brief and appendix in the cross-appeals docketed as Nos. 25-1657 & 25-1659 on or before June 27, 2025.

3. Plaintiffs shall file their reply brief, if any, in the main appeal and responsive brief in the cross-appeals on or before July 28, 2025.

4. Defendant shall file his reply brief, if any, in the cross-appeals on or before August 18, 2025.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).