Nos. 25-1603, 25-1659, 25-1657, 25-1659 (cons.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| RONALD L. SCHROEDER, *et al.*, | On Appeal from the United States District Court for the Northern District of Illinois – Western Division |
| Plaintiffs-Appellants/Cross-Appellees, | |
| v. | |
| MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, | No. 1:17-cv-04663 |
| | The Honorable |
| Defendant-Appellee/Cross-Appellant. | IAIN D. JOHNSTON, Judge Presiding. |
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, *et al.*, | On Appeal from the United States District Court for the Northern District of Illinois – Western Division |
| Plaintiffs-Appellants/Cross-Appellees, | |
| v. | |
| MARIO TRETO, JR., in his official capacity as Secretary of the Illinois Department of Financial and Professional Regulation, | No. 3:16-cv-50310 |
| | The Honorable |
| Defendant-Appellee/Cross-Appellant. | IAIN D. JOHNSTON, Judge Presiding. |

**SUBSTITUTE APPEARANCE**

Kwame Raoul, Attorney General of the State of Illinois, enters the appearance of Assistant Attorney General Kaitlyn N. Chenevert, replacing Assistant Attorney

General Frank Bieszczat and Assistant Attorney General Sarah Gallow as counsel for Defendant-Appellee/Cross-Appellant Mario Treto, Jr., in these appeals.

    Respectfully submitted,

    KWAME RAOUL
    Attorney General
    State of Illinois

By:   /s/ Kaitlyn N. Chenevert
    KAITLYN N. CHENEVERT
    Assistant Attorney General
    115 South LaSalle Street
    Chicago, Illinois 60603
    (312) 814-2127 (office)
    (773) 590-6946 (cell)
    Kaitlyn.Chenevert@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on April 22, 2025, I electronically filed the foregoing Substitute Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Kevin Hayden Theriot
ktheriot@adflegal.com

Thomas Gerald Olp
tolp@thomasmoresociety.org

By:   /s/ Kaitlyn N. Chenevert
KAITLYN N. CHENEVERT
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2127 (office)
(773) 590-6946 (cell)
Kaitlyn.Chenevert@ilag.gov